IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Deborah Britto Aliu, | ) | C.A. No.: 6:09-1278-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | **CONSENT ORDER OF DISMISSAL** |
| | ) | |
| Metropolitan Life Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties appeared before the Court, upon consent and having reached a compromise, requesting that the Court dismiss the above-captioned matter with prejudice.

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice and any further action thereon being forever barred.

AND IT IS SO ORDERED.


s/Henry F. Floyd
The Honorable Henry F. Floyd
United States District Court

November 12,, 2009
Greenville, South Carolina

**WE SO MOVE:**


s/Robert E. Hoskins
Robert E. Hoskins, Esquire
The Foster Law Firm, L.L.P.
601 McBee Avenue, Suite 104
Greenville, South Carolina  29601
Attorneys for Plaintiff

s/Christine Gantt-Sorenson
Christine Gantt Sorenson, SC Bar No. 63998
HAYNSWORTH SINKLER BOYD, P.A.
P.O. Box 2048
Greenville, SC 29602
(864) 240-3200
Attorneys for Defendants